# 07 CR 862

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

JUDGE KENNELLY

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MAGISTRATE JUDGE SCHENKIER



1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   USA v. Gabriel Toader 07 CR 862; SCHENKIER

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐   YES ☒   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   USA v. Gabriel Toader 07 CR 862; KENNELLY
   ET AL

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   NO ☐   YES ☒

8) Does this indictment or information include a conspiracy count?   NO ☐   YES ☒

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide ............ (II) | ☐ Income Tax Fraud ........ (II) | ☐ DAPCA Controlled Substances .... (III) |
   | ☐ Criminal Antitrust (II) | ☐ Postal Fraud ........ (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery ........ (II) | ☒ **Other Fraud** ........ (III) | ☐ Immigration Laws ........ (IV) |
   | ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ........ (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
   | ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws ........ (IV) |
   | ☐ Assault ........ (III) | ☐ Forgery ........ (III) | ☐ Motor Carrier Act ........ (IV) |
   | ☐ Burglary ........ (IV) | ☐ Counterfeiting ........ (III) | ☐ Selective Service Act ........ (IV) |
   | ☐ Larceny and Theft ...... (IV) | ☐ Sex Offenses ........ (II) | ☐ Obscene Mail ........ (III) |
   | ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ........ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. § 1343

**FILED**
AUG 2 8 2008  TC
AUG 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BRIAN HAYES
Assistant United States Attorney

(Revised 12/99)